UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEX M. AZAR II, in his official capacity as Secretary of the United States Department of Health and Human Services; and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendants. | No. 1:19-cv-03040-SAB<br><br>No. 1:19-cv-03045-SAB<br><br>**ORDER GRANTING MOTION TO CONSOLIDATE; MOTION TO EXPEDITE; AND SETTING BRIEFING SCHEDULE** |
| NATIONAL FAMILY PLANNING & REPRODUCTIVE HEALTH ASSOCIATION, FEMINIST WOMEN'S HEALTH CENTER, DEBORAH OYER, M.D. and TERESA GALL, F.N.P.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALEX M. AZAR II, in his official capacity as Secretary of the United States Department of Health and Human Services; and UNITED STATES | |

**ORDER GRANTING MOTION TO CONSOLIDATE; MOTION TO EXPEDITE; AND SETTING BRIEFING SCHEDULE ~ 1**

| | |
|---|---|
| | DEPARTMENT OF HEALTH AND HUMAN SERVICES, DIANE FOLEY, M.D., in her official capacity as Deputy Assistance Secretary for Population Affairs, and OFFICE OF POPULATION AFFAIRS,<br><br>　　　　Defendants. | |

　　　　Before the Court are the State of Washington's Unopposed Motion to Consolidate for Pretrial Proceedings, ECF No. 7, and the parties' Joint Motion to Expedite and Set Briefing Schedule on Motions for Preliminary Injunction, ECF No. 6. The State asks that two related cases be consolidated for scheduling and other pretrial purposes, *State of Washington v. Azar*, *et al.*, No. 1:19-cv-3040-SAB, and *National Family Planning & Reproductive Health Ass'n, et al. v. Azar, et al.*, No. 1:19-cv-03045-SAB. It indicates that no party opposes consolidation. The Court finds that the interest of judicial convenience outweighs any potential for delay, confusion and prejudice. As such, good cause exists to grant the motion and to set a briefing schedule for the anticipate Motions for Preliminary Injunction.

　　　　Accordingly, **IT IS HEREBY ORDERED**:

　　　　1.　　The State of Washington's Unopposed Motion to Consolidate for Pretrial Proceedings, ECF No. 7, is **GRANTED**.

　　　　2.　　All future pleadings shall be filed under Case No. 1:19-cv-03040-SAB, unless the Court directs otherwise. Case No. 1:19-cv-03045-SAB shall be administratively closed.

　　　　3.　　The parties' Joint Motion to Expedite and Set Briefing Schedule on Motions for Preliminary Injunction, [1:19-cv-03040-SAB, ECF No. 6], [1:19-cv-3045-SAB, ECF No. 17] is **GRANTED**.

**ORDER GRANTING MOTION TO CONSOLIDATE; MOTION TO EXPEDITE; AND SETTING BRIEFING SCHEDULE ~ 2**

4. The Court imposes the following briefing schedule and page limitation:

    a. **March 22, 2019**: Plaintiffs in both cases will file their respective motions for preliminary injunction of no more than 45 pages each.

    b. **April 12, 2019**: Defendants will file their opposition to the motions in the form of a consolidated response of no more than 75 pages.

    c. **April 19, 2019**: Plaintiffs will each file a reply brief of no more than 30 pages each.

5. The hearing on Plaintiffs' Motions for Preliminary Injunction is set for **April 25, 2019**, at **10:00 a.m**., in Yakima, Washington.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 18th day of March 2019.



          Stanley A. Bastian
          United States District Judge