JOSEPH H. HUNT
Assistant Attorney General
JOSEPH H. HARRINGTON
United States Attorney
MICHELLE R. BENNETT
Assistant Branch Director
BRADLEY P. HUMPHREYS
ANDREW M. BERNIE
Trial Attorneys
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC 20005
(202) 305-0878
Bradley.Humphreys@usdoj.gov
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA**

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>ALEX M. AZAR II, in his official capacity as Secretary of the United States Department of Health and Human Services; and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendants. | Nos. 1:19-cv-3040-SAB; 1:19-cv-3045-SAB<br><br>NOTICE OF APPEAL<br><br>PRELIMINARY INJUNCTION APPEAL |

| | |
|---|---|
| 1 | NATIONAL FAMILY PLANNING & REPRODUCTIVE HEALTH ASSOCIATION, FEMINIST WOMEN'S HEALTH CENTER, DEBORAH OYER, M.D., and TERESA GALL, F.N.P., |
| 2 | |
| 3 | |
| 4 | |
| 5 | Plaintiffs, |
| 6 | v. |
| 7 | |
| 8 | ALEX M. AZAR II, in his official capacity as United States Secretary of Health and Human Services, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, DIANE FOLEY, M.D., in her official capacity as Deputy Assistant Secretary for Population Affairs, and OFFICE OF POPULATION AFFAIRS, |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | Defendants. |

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's April 25, 2019 Order granting Plaintiffs' motions for preliminary injunction in these consolidated cases. ECF No. 54.

Dated: May 3, 2019                               Respectfully submitted,

1  
2  JOSEPH H. HUNT  
Assistant Attorney General  

3  JOSEPH H. HARRINGTON  
United States Attorney  

4  
5  MICHELLE R. BENNETT  
Assistant Branch Director  

6  
7  */s/ Bradley P. Humphreys*  
BRADLEY P. HUMPHREYS  
(DC Bar No. 988057)  

8  Trial Attorney  
United States Department of Justice  

9  Civil Division, Federal Programs Branch  

10  1100 L Street, NW  
Washington, DC 20005  

11  Tel: (202) 305-0878  
12  Fax: (202) 616-8460  
Email: Bradley.Humphreys@usdoj.gov  

13  
14  *Counsel for Defendants*  

15  
16  
17  
18  
19  
20  
21  
22

## DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will send notification of such filing to the attorneys for all parties.

DATED this 3rd day of May, 2019, at Washington, D.C.

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
D.C. Bar No. 988057