

## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
920 WEST RIVERSIDE AVENUE
P.O. BOX 1493
SPOKANE, WASHINGTON 99210
www.waed.uscourts.gov

SEAN F. MCAVOY
CLERK OF COURT

RENEA GROGAN
CHIEF DEPUTY CLERK

(509) 458-3400
FAX (509) 458-3420

5/6/2019

Andrew Marshall Bernie and Bradley P Humphreys
United States Department of Justice - DC L St
1100 L Street NW
Washington, DC 20005

RE: *State of Washington v. Azar, et al.*
  1:19-cv-03040-SAB

Dear Counsel:

Attached is a copy of the Notice of Appeal and docket sheet in the above-referenced case.

**IMPORTANT** - The Transcript Designation and Ordering form is now available on the public website under forms http://www.waed.uscourts.gov/forms/all-forms/transcript_forms.  All Transcript Designation and Ordering forms should be electronically filed in ECF.  **You must contact the Court Reporter to make financial arrangements.**

**Please Note:**  The designation form must be completed in full including the name and date of each proceeding and the court reporter's name who reported the proceeding.  The docket entries enclosed provide the dates of the hearings and the court reporter's name.  "Entire transcript," "Entire trial" or "All proceedings" is not sufficient information to process your transcript order.

**The transcript designation should be e-filed**.  The event is located under "Appeal Documents; 9CCA Transcript Designation of Record on Appeal".  Official Court Reporters will receive notification via ECF.  You must mail a copy to contract Court Reporters.  **You must contact the Court Reporter to make financial arrangements.**

**TRANSCRIPTS FILED PRIOR TO APPEAL:**

**If a hearing transcript has been filed prior to the appeal, you should designate the hearing date if you are considering it to be part of the record.  Also, please indicate on the transcript and designation form that the transcript has already been filed.**

Thank you for your assistance.  If you have any question, please call.

Very truly yours,

**UNITED STATES DISTRICT COURT**

Office of the Clerk
Appeal Deputy Clerk

# COURT REPORTERS

KIMBERLY ALLEN
U.S. District Court
825 Jadwin Avenue, Suite 174
Richland, WA 99352
509-943-8175

TOPPER BAKER
c/o Morgan Reid
U.S. District Court
P.O. Box 1493
Spokane, WA 99210
509-458-3400

DORENE BOYLE
P.O. Box 1701
Yakima, WA 98907
509-457-6741

AMY J. BROWN
1816 S. Conklin Rd.
Spokane Valley, WA 99037
509-270-0146

RONELLE CORBEY
U.S. District Court
P.O. Box 700
Spokane, WA 99210
509-458-5283

DEBRA CLARK
c/o Morgan Reid
U.S. District Court
P.O. Box 1493
Spokane, WA 99210
509-458-3400

SAMANTHA DRUMMOND
3245 E. Armstrong Court
Coeur d'Alene, ID 83814
208-457-2597

MORGAN REID
ELECTRONIC RECORDER
U.S. District Court
P.O. Box 1493
Spokane, WA 99210
509-458-3400

RACHAEL HALL-NELSON
6820 N. Standard St.
Spokane, WA 99208
509-998-9534

RENE' LaCOURSIERE/
MARILYNN McMARTIN
Affiliated Court Reporters
P.O. Box 994
Yakima, WA 98907
509-966-6787 or 800-548-2678

PHYLLIS LYKKEN - Yak
DANI JEAN CRAVER - Yak
Central Court Reporting
P.O. Box 8029
Yakima, WA 98908
509-457-3377

JULIE McCAUGHAN
M&M Court Reporting
816 Sherman Avenue, Suite 7
Coeur d'Alene, ID 83814
208-765-1700

TAMMEY L. McMASTER
P.O. Box 1621
Mead, WA 99021
509-465-1334

JORI MOORE
3009 South 42nd Ave
Yakima, WA 98903
509-698-6207

MONNA J. NICKESON
2518 Blue Hill Court
Richland, WA 99352
509-942-8477

PATRICIA PULLO
M&M Court Reporting
816 Sherman Avenue, Suite 7
Coeur d'Alene, ID 83814
208-765-1700

ELIZABETH (Lisa) RACE
P.O. Box 4515
West Richland, WA 99353
509-628-3621

BETTY SITTER
12308 East Fourth Avenue
Spokane, WA 99216
509-413-3003

STEPHANIE SMITHSON
c/o Morgan Reid
U.S. District Court
P.O. Box 1493
Spokane, WA 99210
509-458-3400

JODY POPE/GAIL PARRISH
d'ANNE MEYERS
Snover Court Reporting, Inc.
505 North Argonne Road
Suite A201
Spokane Valley, WA 99212
509-467-0666

TERRI ROSADOVELAZQUEZ
8402 N. Forest Court
Spokane, WA 99208
509-499-1390

MARK SNOVER
U.S. District Court
P.O. Box 1633
Spokane, WA 99210
509-458-3434

DOROTHY R. STILES
c/o Morgan Reid
U.S. District Court
P.O. Box 700
Spokane, WA 99210
509-458-3465

ALLISON (STOVALL) ANDERSON
U.S. District Court
P.O. Box 700
Spokane, WA 99210
509-458-3465

LYNETTE WALTERS
U.S. District Court
P.O. Box 2706
Yakima, WA 98907
509-573-6613

Revised 3/18/2018