FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 22, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEX M. AZAR II, in his official capacity as Secretary of the United States Department of Health and Human Services; and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendants. | No. 1:19-cv-03040-SAB<br><br><br><br><br><br>**ORDER RE: JOINT STATUS REPORT** |
| NATIONAL FAMILY PLANNING & REPRODUCTIVE HEALTH ASSOCIATION, FEMINIST WOMEN'S HEALTH CENTER, DEBORAH OYER, M.D., and TERESA GALL, F.N.P.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALEX M. AZAR II, in his official capacity as Secretary of the United States Department of Health and Human | |

**ORDER RE: JOINT STATUS REPORT ~ 1**

Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, DIANE FOLEY, M.D., in her official capacity as Deputy Assistant Secretary for Population Affairs, and OFFICE OF POPULATION AFFAIRS,

    Defendants.

Pursuant to the Court's Order, the parties filed a Joint Status Report, ECF No. 151. The parties request that the Court continue to hold the above-captioned proceedings in abeyance pending any further appellate review of the Ninth Circuit's decision. They propose to provide the Court with another joint status report on or before October 9, 2020. Good cause exists to grant the parties' request.

Accordingly, **IT IS HEREBY ORDERED**:

1. On or before **October 9, 2020**, the parties are directed to file a joint status report.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 22nd day of June 2020.



        Stanley A. Bastian
      United States District Judge

**ORDER RE: JOINT STATUS REPORT ~ 2**