# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 5, 2020

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: American Medical Association, et al.
v. Alex M. Azar, II, Secretary of Health and Human Services, et al.
No. 20-429
(Your No. 19-35386, 19-35394, 19-15979)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 1, 2020 and placed on the docket October 5, 2020 as No. 20-429.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst