# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 22, 2021

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: American Medical Association, et al.
v. Norris Cochran, Acting Secretary of Health and Human Services, et al.
No. 20-429
(Your No. 19-35386, 19-35394, 19-15979)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted. The petitions for writs of certiorari in Nos. 20-454 and 20-539 are granted. The cases are consolidated, and a total of one hour is allotted for oral argument.

Sincerely,

**Scott S. Harris**, Clerk