John Midgley, WSBA No. 6511
AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
P.O. Box 2728
Seattle, WA 98111
Phone: 206-623-9454
Email: jmidgley@aclu-wa.org

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
# AT YAKIMA

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>ALEX M. AZAR II, et al.,<br><br>Defendants.<br><br>NATIONAL FAMILY PLANNING & REPRODUCTIVE HEALTH ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX M. AZAR II, et al.,<br><br>Defendants. | No. 1:19-cv-03040-SAB<br><br>JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii) |

THE PARTIES' JOINT STIPULATION OF
VOLUNTARY DISMISSAL

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
P.O. Box 2728
Seattle, WA 98111
(206) 623-9454

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiffs hereby file a joint stipulation of voluntary dismissal without prejudice signed by all the parties who have appeared in this action. Accordingly, this action has concluded.

DATED: June 11, 2021

Respectfully submitted,

/s/ Ruth E. Harlow
Ruth E. Harlow*
Brigitte Amiri*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
rharlow@aclu.org
bamiri@aclu.org

Joe Shaeffer, WSBA No. 33273
MACDONALD HOAGUE & BAYLESS
705 Second Ave, Suite 1500
Seattle, WA 98104
joe@mhb.com

John Midgley, WSBA No. 6511
AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
P.O. Box 2728
Seattle, WA 98111
jmidgley@aclu-wa.org

*Admitted *Pro hac vice*

*On Behalf of Plaintiffs National Family Planning & Reproductive Health Association, Feminist Women's Health Center, Dr. Deborah Oyer, and Teresa Gall, F.N.P.*

THE PARTIES' JOINT STIPULATION OF VOLUNTARY DISMISSAL

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
P.O. Box 2728
Seattle, WA 98111
(206) 623-9454

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

ROBERT W. FERGUSON
Attorney General

*/s/ Kristin Beneski*
KRISTIN BENESKI, WSBA No. 45478
JEFFREY T. SPRUNG, WSBA No. 23607
PAUL M. CRISALLI, WSBA No. 40681
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744
kristin.beneski@atg.wa.gov
jeff.sprung@atg.wa.gov
paul.crisalli@atg.wa.gov

*On Behalf of Plaintiff State of Washington*

THE PARTIES' JOINT STIPULATION OF
VOLUNTARY DISMISSAL

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
P.O. Box 2728
Seattle, WA 98111
(206) 623-9454

BRIAN D. NETTER
Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPRHEYS
R. CHARLIE MERRITT
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Tel:  (202) 305-0878
Fax:  (202) 616-8098
Email:  Robert.C.Merritt@usdoj.gov
Bradley.Humphreys@usdoj.gov

*On Behalf of All Defendants (Secretary of U.S. Department of HHS, Department of HHS, Deputy Assistant Secretary of Population Affairs, and Office of Population Affairs)*

THE PARTIES' JOINT STIPULATION OF
VOLUNTARY DISMISSAL

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
P.O. Box 2728
Seattle, WA 98111
(206) 623-9454

## DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the court's CM/ECF system, which will serve a copy of this document upon all counsel of record.

Dated: June 11, 2021

*/s/ Kristin Beneski*
KRISTIN BENESKI, WSBA No. 45478
Assistant Attorney General

THE PARTIES' JOINT STIPULATION OF
VOLUNTARY DISMISSAL

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
P.O. Box 2728
Seattle, WA 98111
(206) 623-9454