FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 11, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>        Plaintiff,<br><br>        v.<br><br>ALEX M. AZAR II, in his official<br>capacity as Secretary of the United States<br>Department of Health and Human<br>Services; and UNITED STATES<br>DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES,<br><br>        Defendants.<br>———————————————<br>NATIONAL FAMILY PLANNING &<br>REPRODUCTIVE HEALTH<br>ASSOCIATION, FEMINIST WOMEN'S<br>HEALTH CENTER, DEBORAH OYER,<br>M.D., and TERESA GALL, F.N.P.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ALEX M. AZAR II, in his official capacity<br>as Secretary of the United States<br>Department of Health and Human<br>Services; UNITED STATES | No. 1:19-CV-03040-SAB<br><br><br><br><br><br>**ORDER DISMISSING ACTION** |

**ORDER RE: JOINT STATUS REPORT ~ 1**

DEPARTMENT OF HEALTH AND
HUMAN SERVICES, DIANE FOLEY,
M.D., in her official capacity as Deputy
Assistant Secretary for Population Affairs,
and OFFICE OF POPULATION
AFFAIRS,

      Defendants.

Before the Court is the parties' Joint Stipulation of Voluntary Dismissal Without Prejudice Pursuant to FRCP 41(a)(1)(A)(ii), ECF No. 164. The parties stipulate for the voluntary dismissal without prejudice of the above-captioned action.

Accordingly, **IT IS HEREBY ORDERED**:

1.    Pursuant to the parties' Stipulation, ECF No. 164, the above-caption action is **DISMISSED** without prejudice.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 11th day of June 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER RE: JOINT STATUS REPORT** ~ 2